UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 9 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | CIVIL ACTION NO. B-03-010 |
| | | (Claim No. 86789) |
| NORMA TREVINO | § | |

### ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Pleading No. 7) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

1. Principal Balance as of                             $4,252.27
2. Current Interest                                    $2,796.07
3. Administrative Fees, Costs, Penalties               $    0.00
4. Attorney's Fees                                     $  550.00
5. Pre-Judgment Interest Rate Per annum                    8.41%
6. Daily Accrual:                                      $    0.98
7. TOTAL Balance Due (Including Attorney's Fees)       $ 7,598.34
8. Post Judgment Interest equals _1.13_ % per annum

DONE in Brownsville, Texas, this __6__ of ~~April~~ June 2003.

Hilda G. Tagle
United States District Judge